**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marco Antonio PINTO–LORENZO,
Defendant–Appellant.**

No. 07–50466.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 5, 2008.

Michael J. Raphael, Esq., Bruce Searby, Esq., USLA–Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Michael Tanaka, Esq., FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Marco Pinto–Lorenzo appeals the sentence imposed following his guilty plea to being an illegal alien found in the United States after deportation, in violation of 8 U.S.C. § 1326(a). He contends that the district court plainly erred by adding a criminal history point under U.S.S.G. § 4A1.1(e) on the ground that he committed the instant offense after his release from jail on a prior conviction, even though in fact he committed the offense before his release from custody. This argument was not presented to the district court. We vacate the sentence and remand for the district court to consider Pinto–Lorenzo's argument regarding § 4A 1.1(e).

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.